IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALICIA TOKMENKO, | | CASE NO. 1:18-cv-2579 |
| Plaintiff, | | JUDGE CHRISTOPHER A. BOYKO |
| vs. | | **STIPULATION OF DISMISSAL WITH PREJUDICE AND JOURNAL ENTRY** |
| THE METROHEALTH SYSTEM, | | |
| Defendant. | | |

The parties, by and through counsel, hereby stipulate that the Complaint and the within causes of action are dismissed with prejudice at Defendant's cost, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED

_____
JUDGE CHRISTOPHER A. BOYKO

/s/ Sean H. Sobel
SEAN H. SOBEL (0086905)
Sobel, Wade & Mapley, LLC
55 Erieview Plaza, Suite 370
Cleveland, OH 44114
sobel@swmlawfirm.com
216-595-1900
*Attorney for Plaintiff*

ANDREW NOVEMBER (0085018
REBECCA CERVENAK (0098579)
Liner Legal, LLC
4269 Pearl Road, Suite 104
Cleveland, OH 44109
216-282-1773
anovember@linerlegal.com
rcervenak@linerlegal.com
*Attorneys for Plaintiff*

/s/ Tammi J. Lees (by email consent)
Anna Moore Carulas (0037161)
Tammi J. Lees (0077896)
1375 E. 9th Street, 10th Floor
One Cleveland Center
Cleveland, OH 44114
216.623.0150
acarulas@ralaw.com
tlees@ralaw.com